WALTER WANGER and WALTER WANGER PRODUCTIONS INCORPORATED, Respondents, v. NEWS SYNDICATE CO., INC., Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to dismiss granted, on the ground that the article complained of is not libelous per se. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ETHEL MULLEN, Respondent, v. TYWEST REALTY CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY BODEK and PHILIP BODEK, Respondents, v. ABRAHAM GREENBERG & SONS, INC., Appellant.— Orders and judgment unanimously reversed, with costs, and motion for summary judgment denied, on the ground that there are triable issues of fact. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NEW YORK AND BROOKLYN CASKET CO., Respondent, v. MERVIN H. WYCKOFF, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

JACOB KOLASKY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse the judgment and grant a new trial upon the ground that on the evidence adduced the issue as to defendant's negligence was a question of fact for the jury to determine.

JOSEPH MACHOVIC, Appellant, v. FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK and Others, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROBERT W. EVANS, Appellant, v. THE TEXAS COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WESSEL, DUVAL & CO., INC., Respondent, v. L. N. JACKSON & CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

REBECCA APFEL, as Administratrix, etc., of IGNACE IRVING APFEL, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.